1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOD C. PATWARDHAN, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ex rel., DEPARTMENT OF ) <br> HEALTH AND HUMAN SERVICES, ) <br> CENTERS FOR MEDICARE AND ) <br> MEDICAID SERVICES; GENERAL ) <br> SERVICES ADMINISTRATION; ) <br> and PALMETTO GBA, LLC, ) <br> ) <br> Defendants. ) | CV 13-0076 RSWL (DTBx) <br><br> **Judgment** |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendants Department of Health and Human Services, Centers for Medicare and

///
///
///

1

1  Medicaid Services, General Services Administration, and
2  Palmetto GBA, LLC and against Plaintiff Vinod C.
3  Patwardhan.
4      The Clerk shall close this case.
5      **IT IS SO ORDERED.**
6  DATED: March 18, 2014

                    RONALD S.W. LEW
                    _____
                    **HONORABLE RONALD S.W. LEW**
                    Senior, U.S. District Court Judge